AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

---OFFENSE CHARGED---

Title 15, United States Code, Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2012 FEB 24 A 9:06

---DEFENDANT - U.S---

▶ SHIU-MIN HSU

DISTRICT COURT NUMBER

CR 12 0121 WHA

E-filing

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: USDOJ, Antitrust Division

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jacklin Chou Lem, Trial Attorney

---DEFENDANT---

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

PENALTY SHEET

Individual: Shiu Min Hsu

<u>Maximum Penalties</u>:

1. A fine in an amount equal to the largest of:

    A. $1,000,000.00.

    B. Twice the gross pecuniary gain derived from the crime.

    C. Twice the gross pecuniary loss caused to the victims of the crime.

2. A term of imprisonment for ten years.

3. A term of supervised release of at least two years but not more than three years.

4. $100 special assessment.

5. Restitution.

1 | JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
2 | HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
3 | Antitrust Division
U.S. Department of Justice
4 | 450 Golden Gate Avenue
Box 36046, Room 10-0101
5 | San Francisco, CA 94102
Tel: (415) 436-6660; Fax: (415) 436-6687
6 | jacklin.lem@usdoj.gov

7
Attorneys for the United States
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) No. CR |
|---|---|
| v. | ) **INFORMATION** |
| SHIU-MIN HSU, | ) VIOLATION:<br>) Title 15, United States Code,<br>) Section 1 (Price Fixing) |
| Defendant. | ) San Francisco Venue |

The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. SHIU-MIN HSU ("defendant") is made a defendant on the charge stated below:

2. From about April 2000 until about September 3, 2008, the defendant and coconspirators entered into and engaged in a combination and conspiracy to suppress and eliminate competition by fixing the prices of aftermarket auto lights in the United States and elsewhere. The combination and conspiracy engaged in by the defendant and other coconspirators was in unreasonable restraint of interstate and foreign trade and commerce in

INFORMATION – Shiu-Min Hsu – 1

violation of Section 1 of the Sherman Act (15 U.S.C. § 1). The defendant knowingly joined and participated in the charged conspiracy from as early as April 2000 until about September 3, 2008.

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and other coconspirators, the substantial terms of which were to agree to fix the prices of aftermarket auto lights in the United States and elsewhere.

4. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and other coconspirators did those things that they combined and conspired to do, including, among other things:

(a) participated in meetings, conversations, and communications among competitors in Taiwan and the United States to discuss the price structure for aftermarket auto lights;

(b) agreed, during those meetings, conversations, and communications, to set prices for aftermarket auto lights in accordance with pricing formulas jointly determined among competitors;

(c) issued list price announcements to customers in accordance with the jointly determined price structure;

(d) collected and exchanged information on prices of aftermarket auto lights for the purpose of monitoring and enforcing adherence to the jointly determined price structure;

(e) authorized, ordered, and consented to the participation of subordinate employees in the conspiracy; and

(f) took steps to conceal the conspiracy and conspiratorial contacts, conversations, and communications through various means.

//
//
//

INFORMATION – Shiu-Min Hsu – 2

II.

## DEFENDANTS AND COCONSPIRATORS

5. During the time period covered by this Information, defendant SHIU-MIN HSU was Chairman of Depo Auto Parts Industrial Co., Ltd. ("Depo"), an entity organized and existing under the laws of Taiwan. During the time period covered by this Information, Depo was a manufacturer of aftermarket auto lights sold in the United States and elsewhere.

6. Various corporations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged in this Information and performed acts and made statements in furtherance of it.

7. Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

III.

## TRADE AND COMMERCE

8. Aftermarket auto lights are lighting components incorporated into an automobile after its original sale, usually as repairs following a collision, but also as accessories and upgrades. Lighting components include items such as headlights, taillights, fog lights, turn signals, brake signals, and reflectors.

9. During the period covered by this Information, Depo and coconspirators sold and distributed aftermarket auto lights in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which Depo and coconspirators produced aftermarket auto lights.

10. During the period covered by this Information, the business activities of the defendant and coconspirators that are the subject of this Information were within the flow of, and substantially affected, interstate and foreign trade and commerce.

//

INFORMATION – Shiu-Min Hsu – 3

IV.

## JURISDICTION AND VENUE

11. The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
Sharis A. Pozen
Acting Assistant Attorney General

_____
Scott D. Hammond
Deputy Assistant Attorney General

_____
John F. Terzaken
Director of Criminal Enforcement

United States Department of Justice
Antitrust Division

_____
Phillip H. Warren
Chief, San Francisco Office

_____
Peter K. Huston
Assistant Chief, San Francisco Office

_____
Jacklin Chou Lem
May Lee Heye
Howard J. Parker
Kelsey C. Linnett
Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660

_____
Brian J. Stretch
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515
Northern District of California

INFORMATION – Shiu-Min Hsu – 4