JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. CR 12-0121 RS |
| | ) |
| | ) |
| v. | ) **STIPULATION AND** |
| | ) **[~~PROPOSED~~] ORDER TO** |
| | ) **CONTINUE SENTENCING** |
| SHIU-MIN HSU, | ) **HEARING** |
| | ) |
| Defendant. | ) |
| | ) |

The defendant Shiu-Min Hsu was charged by Information on February 24, 2012, with one count of violating the Sherman Antitrust Act, 15 U.S.C. § 1. Mr. Hsu was charged for his participation in a price-fixing conspiracy involving aftermarket auto lights. The Court accepted Mr. Hsu's guilty plea on March 20, 2012, and scheduled Mr. Hsu to be sentenced on August 21, 2012.

Attorneys for the United States and for Mr. Hsu have conferred and have agreed to continue Mr. Hsu's sentencing hearing until January 8, 2013 at 2:30 pm. Under his Fed. R. Crim. P. 11(c)(1)(C) plea agreement, Mr. Hsu is obligated to continue to cooperate with the government's investigation and prosecutions relating to price fixing in the aftermarket auto lights

industry.  Subject to Mr. Hsu's full, truthful, and continuing cooperation, the government will move for a downward departure under U.S.S.G. § 5K1.1 based on Mr. Hsu's substantial assistance in the government's auto lights investigation and prosecutions.  Trial against three of Mr. Hsu's coconspirators is scheduled to begin on October 29, 2012 (*United States v. Eagle Eyes Traffic Industrial Co., Ltd. et al.*, CR 11-0488 RS, Superseding Indictment filed November 29, 2011).  Postponing Mr. Hsu's sentencing hearing from August 21, 2012 to January 8, 2013, will allow the United States to fully evaluate and advise the Court as to Mr. Hsu's cooperation and substantial assistance.

As required by Crim. L.R. 32-2(a)(2) and (3), the parties have conferred with United States Probation Officer Charles W. Mabie, who is assigned to this case, and with Courtroom Deputy Corrine Lew.  Mr. Mabie agrees to this continuance and is available on January 8, 2013. Ms. Lew has advised that January 8, 2013 is available on Judge Seeborg's calendar.

**SO STIPULATED.**

Dated:  August 14, 2012                        /s/

                                               Kelsey C. Linnett
                                               Jacklin Chou Lem
                                               May Lee Heye
                                               Howard J. Parker
                                               Anna Tryon Pletcher
                                               Attorneys
                                               U.S. Department of Justice
                                               Antitrust Division


Dated: August 14, 2012                         /s/

                                               Katharine Kates
                                               Ramsey & Ehrlich LLP
                                               803 Hearst Avenue
                                               Berkeley, CA 94710
                                               Counsel for Shiu-Min Hsu

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 12-0121 RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

For good cause shown, sentencing in the matter, *United States v. Shiu-Min Hsu*, CR 12-121 RS, is continued to January 8, 2013 at 2:30 p.m.

Dated:  8/20/12

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 12-0121 RS