Miles Ehrlich (CSB 237954)
Katharine Kates (CSB 155534)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com

Attorneys for Defendant
Shiu-Min Hsu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff; <br><br> vs. <br><br> SHIU-MIN HSU, <br><br> Defendant. | Case No.: CR 12-0121 RS <br><br> STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE SENTENCING HEARING <br><br> Court: Judge Richard Seeborg <br> Date: Tuesday, February 19, 2013 <br> Time: 2:30 p.m. |

Due to the recent death of the defendant's mother, the parties hereby stipulate and request that this Court continue the sentencing hearing in this matter three weeks, from Tuesday, January 29, 2013 to Tuesday, February 19, 2013, at 2:30 p.m.

The defendant's mother passed away several days ago, on January 3, 2013. The funeral service is scheduled for January 30, 2013, the day after the defendant's sentencing date, as currently scheduled. In light of the circumstances, the parties respectfully request that sentencing in this matter be re-scheduled for Tuesday, February 19, 2013, at 2:30 p.m.

1  The Probation Officer has confirmed that he is available on this date, and the Courtroom
2 Deputy has confirmed that the Court's calendar is available on this date.
3  SO STIPULATED

Dated:  1/10/2013                                        Respectfully Submitted,

/s/
_____
Miles Ehrlich
Katharine Kates
Ramsey & Ehrlich LLP
Counsel to Shiu-Min Hsu


/s/
_____
Kelsey C. Linnett
Jacklin Chou Lem
May Lee Heye
Howard J. Parker
Anna Tryon Pletcher
Attorneys
U.S. Department of Justice
Antitrust Division

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 12-0121 RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

For good cause shown, the sentencing hearing for defendant Shiu-Min Hsu, currently set for January 29, 2013, is vacated.

Defendant Shiu-Min Hsu's sentencing hearing is rescheduled for February 19, 2013 at 2:30 p.m.

IT IS SO ORDERED.


Dated: __1/14/13_____          _____
                                  Hon. Richard Seeborg
                                  United States District Court Judge